**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Nicole Marie Giffin-Watson and Michael Seth Keener,
Defendants,

Of whom Nicole Marie Giffin-Watson is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2020-000404

---

Appeal From Horry County
Ronald R. Norton, Family Court Judge

---

Unpublished Opinion No. 2020-UP-267
Submitted September 11, 2020 – Filed September 16, 2020

---

**AFFIRMED**

---

Kimberly Yancey Brooks, of Kimberly Y. Brooks, Attorney at Law, of Greenville, for Appellant.

Ernest Joseph Jarrett, of Jenkinson Jarrett & Kellahan, PA, of Kingstree, for Respondent.

Michael Julius Schwartz, of Russell B. Long, PA, and
Heather Marie Moore, of Axelrod & Associates, PA,
both of Myrtle Beach, for the Guardian ad Litem.

---

**PER CURIAM:**  Nicole Marie Giffin-Watson appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2019).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Giffin-Watson's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and KONDUROS and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.